Robert L. Powley (RP7674)
James M. Gibson (JG9234)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Plaintiff
Energy Intelligence Group, Inc. and
Energy Intelligence Group (UK) Limited



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
Energy Intelligence Group, Inc.,
Energy Intelligence Group (UK) Limited

    Plaintiffs,

    -against-

UBS Financial Services, Inc.,

    Defendant.
---------------------------------------------------------X

Civil Action No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited certifies that both Plaintiffs have two parent companies, both of which are privately held, and no publicly held corporation owns ten percent (10%) or more of the stock in either of the Plaintiffs or their parent companies.

Date:  February 13, 2008

_____
Robert L. Powley (RP7674)
James M. Gibson (9234)

Attorneys for Plaintiffs
Energy Intelligence Group, Inc. and
Energy Intelligence Group (UK) Limited

Powely & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile (212) 226-5085