INDEX #: 08 cv 01497
Date Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: POWLEY GIBSON, P.C.   PH: 212-226-5054
Address: 304 HUDSON STREET, 2ND FLR   NEW YORK   NY   10013   File No.: _____

*ENERGY INTELLIGENCE GROUP, INC. ET ANO*

vs

*UBS FINANCIAL SERVICES, INC.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

Steven Avery, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On February 19, 2008 at 3:05PM, at C/O CORPORATION SERVICE COMPANY, 80 STATE STREET, ALBANY, NY 11207, deponent served the within Civil Sheet, 7.1 Statement, Summons and Complaint, Individual Practices of Judge Deborah A. Batts

on. **UBS FINANCIAL SERVICES, INC.**   **Defendant** therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein

#2 CORPORATION  X.  By delivering thereat a true copy of each to KATHY KRIEGER personally, deponent knew the person so served to be the MANAGING AGENT of the corporation, and authorized to accept service on behalf of the corporation

#3 SUITABLE AGE PERSON  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's. [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of _____ at _____
on the ___ day of _____ at _____
on the ___ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York and Certified Mail #

#6 DESCRIPTION  IX  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex Female   Color of skin: White   Color of hair: Black   Age: 40 - 50 Yrs.   Height: 5' 4" - 5' 6"
Weight: 131 - 160 Lbs.   Other Features: _____

#7 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT  The language required by NYCRR 2900 2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER

Sworn to before me on February 19, 2008

WENDY RESNICK
NOTARY PUBLIC State of New York
No 01RE5067464, Westchester County
Commission Expires Oct. 15, 2010

Steven Avery
Server's Lic #
Invoice/Work Order # 08004520

SPS-401 B'WAY-STE. 1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 www.sav-onprocess.com