MEMO ENDORSED

# WINSTON & STRAWN LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/2008

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

THOMAS P. LANE
(212) 294-6869
tlane@winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

March 6, 2008

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

RECEIVED

MAR - 7 2008

CHAMBERS OF
DEBORAH A. ...

**BY HAND**

The Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re:  *Energy Intelligence Group, Inc., et al. v. UBS Financial Services, Inc.,*
     **08 CV 01497 (DAB)**

Dear Judge Batts:

This firm represents Defendant UBS Financial Services, Inc. in the above referenced action. Defendant respectfully requests an extension of time to respond to the Complaint in this action. The original due date for Defendant's response is March 11, 2008. Plaintiffs have consented to extend the time to April 11, 2008. There have been no previous requests.

Granted
1S/ DAB
3/7/2008

Respectfully submitted,

Thomas P. Lane

cc:   Robert L. Powley, Esq. (via facsimile)

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS   3/7/2008
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED