**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ENERGY INTELLIGENCE GROUP, INC.,
ENERGY INTELLIGENCE GROUP (UK) LIMITED
                          Plaintiff,

                                                    08 **CIVIL** 01497  (DAB )

          -against-

UBS FINANCIAL SERVICES, INC.,

                    Defendant.

-------------------------------------------------------------x

## NOTICE  OF  CHANGE  OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Thomas P. Lane

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: TL-8983

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒   *Address:*        Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166

☒   *Telephone Number:*     (212) 294-6700

☒   *Fax Number:*        (212) 294-4700

☒   *E-Mail Address:*     tlane@winston.com

Dated: April 11, 2008                    Ton Lane