UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC., ENERGY INTELLIGENCE GROUP (UK) LIMITED<br><br>     Plaintiffs,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC.<br><br>     Defendant. | ECF Case<br><br>Civil Action No.:<br>08-CV-01497 (DAB) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT UBS FINANCIAL SERVICES, INC.**

  Defendant UBS Financial Services, Inc. ("UBS") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. UBS is a Delaware corporation wholly owned by its parent, UBS Americas Inc.

Dated: April 11, 2008

              WINSTON & STRAWN LLP

              BY: /s/ Thomas P. Lane_____
                 Michael S. Elkin (ME-2300)
                 Thomas P. Lane (TL-8983)

              200 Park Avenue
              New York, New York 10166
              (212) 294-6700

              *Attorneys for Defendant*